UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

In Re: ) BK No.: 25-02377
AMOREENA D KOKENES )
) Chapter: 13
) Honorable Timothy Barnes
)
)
Debtor(s) )

**ORDER DISMISSING CASE FOR FAILURE TO MAKE PLAN PAYMENTS**

This matter coming before the court on Trustee's Motion to Dismiss;

IT IS ORDERED that this case is dismissed pursuant to 11 U.S.C. § 1307(c)(4) for failure by the debtor to make timely payments as proposed by the plan pursuant to 11 U.S.C. § 1326(a)(1).

Enter:

Timothy A. Barnes
United States Bankruptcy Judge

Dated: October 02, 2025

**Prepared by:**

Thomas H. Hooper
Chapter 13 Trustee
55 E. Monroe St., Suite 3850
Chicago, IL 60603
(312) 294-5900